■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILAN RADUNOVICH, Appellant, v. VINCENT R. MANCUSI, Superintendent of Attica Correctional Facility, Respondent. (No. 1.) — Judgment unanimously affirmed. Memorandum: Relator is not entitled to a writ of habeas corpus since the relief he requests would not result in his release (*People ex rel. Lane* v. *Vincent*, 32 N Y 2d 940). (Appeal from a judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Simons, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER E. BARAN, Appellant, v. ERNEST L. MONTANYE, as Superintendent of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed as moot, relator having been resentenced. (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND JOHNSON, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed. (See *People ex rel. Walker* v. *McMann*, 33 A D 2d 639.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WESTON, Appellant.— Motion granted and order entered May 18, 1973 amended by striking from the ordering paragraph the words "and facts". Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ. [41 A D 2d 423.]

■ In the Matter of the Estate of MEYER D. WOLFSON, Deceased.— Motion granted and time for filing and serving records and briefs extended to October 15, 1973. No further extensions will be granted. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ CENTRAL TRUST COMPANY, Respondent, v. GLORIA BRAUER, Appellant. (And Four Other Actions.) — Motion granted and appeals dismissed without costs on the ground that appellants seek a belated review of Justice Blauvelt's order from which no appeal was taken.

■ In the Matter of ATTICA BROTHERS.— Motion for inspection of jury list in Erie County granted in accordance with the following Memorandum: The answers, data and information obtained by the Commissioner of Jurors of Erie County in interviewing and examining prospective jurors, which under section 657 of the Judiciary Law shall be considered confidential, may be disclosed to the defendants' attorney and the defendants appearing herein *pro se* upon application to the Commissioner under such section, with the restriction, consented to by counsel for the moving parties, that there be no disclosure by the Commissioner of the names of the individual prospective jurors concerning whom such answers, data and information is sought. In granting such permission as to otherwise confidential matter, we would point out that all questions involving the availability of particular documents sought and the requirement of their production by the Commissioner can be resolved only upon proper application to Special Term. Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Simons, JJ.